Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

Isaiah Richard
3995 Hillcrest Dr.
Apt #6 Los Angeles CA
213-700-3590

# UNITED STATES DISTRICT COURT

for the

District of

Division

2023 NOV -6 PM 2:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ELE

Case No. 2:23-cv-09360-PA-JDE

*(to be filled in by the Clerk's Office)*

**ISAIAH DASHAWN RICHARD**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**CVS HEALTH.**

Jury Trial: *(check one)* ☐ Yes  ☐ No

(emergency
~~P.O.~~
~~P.O.~~
BonA-fide
Patriot Act

Page 1 of 9

SEDGWICK CLAIMS MANAGEMENT.                )
                                            )
            "SCIENTOLOGY"                   )

The ("CITY OF LOS ANGELES")

DEPARTMENT OF CHILD AND FAMILY
            SERVICES

Augustus Hawkins Mental Health Center


"Kenneth Hahn Hall of Administration"

7 - Eleven

GOOGLE LLC.

"SELF HELP CREDIT UNION

("U.S. OFFICE OF SPECIAL COUNSEL") "San
      Francisco Bay Area Field Office"

GRINDR

The Village Drop In Center for Homeless Youth


L.A.P.D (COMMUNITY POLICE STATION)

" K. Gray, District Court Executive/Clerk of Court"

RICARDO D. GARCIA
("PUBLIC DEFENDER")

"THE WRECKING CREW LLC."

Allied Security
(ALLIED UNIVERSAL)

"(INSTAGRAM) "LLC" "

"UMA MOHAN"

(Michael Rippe)
"L.A.P.D Hollywood Division CAPTAIN"

"PETER KAPLAN. FTC PRESS SECRETARY

"Director Of "United States Marshall"
         Ronald L. Davis

David M. Singer

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

**EXPERIAN**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non−Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | **ISAIAH DASHAWN RICHARD** |
| Address | 3995 Hillcrest Dr. APARTMENT #6 |
| | LOS ANGELES    CA    90008 |
| | *City    State    Zip Code* |
| County | LOS ANGELES |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| Telephone Number | 213-700-3590 |
| E-Mail Address | SHIKNEELRICHARD@GMAIL.COM |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

### Defendant No. 1

Name: "Los Angeles Police Department"
Job or Title (if known):
Address: 1546 W Martin Luther King Jr Blvd
City: Los Angeles   State: CA   Zip Code: 90062
County: Los Angeles
Telephone Number: 213-972-2971
E-Mail Address (if known):

☒ Individual capacity   ☒ Official capacity

### Defendant No. 2

Name: CVS HEALTH. (ELAINE SELAN)
Job or Title (if known):
Address: 1401 WILLOW PASS RD STE 600
City: Concord   State: CA   Zip Code: 94520
County: Los Angeles
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☐ Official capacity

### Defendant No. 3

Name: SCIENTOLOGY
Job or Title (if known):
Address: 4810 Sunset Blvd
City: Los ANGELES   State: CA   Zip Code: 90027
County: Los Angeles
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Sedgwick Claims Managemement
Job or Title *(if known)*: "INSURER" of "County of Los Angeles"
Address:
  City / State / Zip Code
County: UNITED STATES
Telephone Number:
E-Mail Address *(if known)*:

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CIVIL RIGHTS ACT 1964

Privacy Act

Whitsleblower Protection Act

NO - FEAR ACT

5TH AMENDMENT

Nationalality ACT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The City of Los Angeles violated the 5th Amendment by not preventing a breach in my privacy.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Los Angeles County

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 16, 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Discrimination:
The City of Los Angeles failed to handle my Claim for "Damages" and inserted Discrimination by violating Government Code 911.2 and aswell commenced a Deriliction to the United States Constitiuton By intentional provoking disregulation and disOrdinance.

Self Dereliction to Due process:
The Commission of the Board of Supervisors for the Los Angeles County Lacked Transparency with Constraint to its Merit by Intentional profaining of my privacy.
The County failed to act within my instrest with care.
I BENEVOLENTLY PREVAIL the 5TH AMENDMENT ONCE AGAIN.

Domestic Terroissm: Sincerely as acted I, Isaiah Strongly invoke Grief and Peacfully Commence as a Citizen.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

("ECONOMIC DAMAGES")
Post-Traumatic Stress Disorder
Mental Distress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.